DATE _____03/04/2021_____  CASE NUMBER__4:21mj149_____
LOCATION_Sherman_          USA _____Marissa Miller_____Assigned
JUDGE   _Christine A. Nowak_   V _____Jay Combs_____ Appeared
DEPUTY CLERK __Lori Stover_
COURT REPORTER Digital Recording        DAVID SCHOOLCRAFT
USPO: _Lorene Dudley_____   _____
Interpreter: Not Required          Defendant
BEGIN: 10:49 AM                    Brian O'Shea
End: 10:55 AM                      Attorney   AFPD

☑   INITIAL APPEARANCE ON COMPLAINT    ☐_____

☑   Defendant Sworn        ☐   Interpreter Required

☑   Dft appears: ☐ with  ☑ without counsel  ☐ pro se   ☐ Counsel appears on behalf of defendant
    Appears on: ☑ Complaint  Requests appointed

☑   Date of arrest: 3/3/2021

☑   Dft   ☐ advised of charges, penalties, and rights

☑   Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
    Attorney: _____
☐   Defendant advises the Court that he/she ☐ has counsel:_____ or, ☐ will hire counsel.
☐   Defendant requests appointed counsel, is sworn & examined re: financial status.
☑   Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑   U.S. Pub Defender ___Brian O'Shea___ appointed
☐   If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.

☐   Defendant waived preliminary hearing
☑   Preliminary hearing set for Friday, 3-12-21 at 10 AM

☑   Govt oral motion for detention ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying
☑   Defendant oral motion to continue preliminary and detention hearing   ☑ Oral Order granting ☐ Oral Order denying
☑   Detention Hrg set Friday, 3-12-21 at 10 AM

☐   Order setting conditions of release   ☐ Bond executed; dft released   ☐ Not executed at this time

☐   Dft signed Waiver of Detention Hearing.

☐   Defendant released on Conditions of Release

☑   Defendant remanded to the custody of the United States Marshal.